IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERNON R. JOHNSON, | ) | 8:17CV458 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

On March 19, 2018, the court ordered Plaintiff to file a second amended complaint within 30 days or face dismissal of this action (Filing No. 12). To date, Plaintiff has not filed a second amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 25th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge